IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALEIQUE TARREN WALKS | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 844(h)(1), 1111, 1153, and 2 |

COUNT ONE

**Felony Murder within Indian Country**

The Grand Jury Charges:

On or about July 24, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MALEIQUE TARREN WALKS,

an Indian, individually, and by aiding and abetting, with malice aforethought, and in the perpetration of an arson, did unlawfully kill L.L.J.;

In violation of Title 18, United States Code, Sections 1111, 1153, and 2.

COUNT TWO

**Felony Murder within Indian Country**

The Grand Jury Further Charges:

On or about July 24, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MALEIQUE TARREN WALKS,

an Indian, individually, and by aiding and abetting, with malice aforethought, and in the perpetration of an arson, did unlawfully kill M.F.H.;

In violation of Title 18, United States Code, Sections 1111, 1153, and 2.

## COUNT THREE

**Arson**

The Grand Jury Further Charges:

On or about July 24, 2025, in the District of North Dakota,

MALEIQUE TARREN WALKS,

individually, and by aiding and abetting, knowingly used fire and an explosive material to commit arson, a felony prosecutable in a court of the United States, by setting a dwelling on fire located in Fort Yates, North Dakota belonging to J.R.;

In violation of Title 18, United States Code, Section 844(h)(1) and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

BSR/tg