AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maleique Tarren Walks | ) | Case No. 1:25-cr-224 |
| | ) | |
| | ) | |
| | ) | REC'D USMS-D/ND |
| | ) | 2025 OCT 9 10:02 |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maleique Tarren Walks,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felony Murder in Indian Country
Arson
Aiding and Abetting

Date:   10/09/2025

/s/ Melissa Fischer
*Issuing officer's signature*

City and state:   Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/09/25, and the person was arrested on *(date)* 10/15/25
at *(city and state)* Fort Yates, ND.

Date: 10/15/25

Dan Walker on behalf of FBI
*Arresting officer's signature*

Dan Walkewitz, DUSM
*Printed name and title*