IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MALEIQUE TARREN WALKS<br><br>　　　　　Defendant. | Case No. 1:25-cr-224<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

　　　The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:  Maleique Tarren Walks
Detained at (custodian) Fort Yates Correctional Facility
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Bismarck, North Dakota, on October 28, 2025, at 11:00 AM, for the purpose of initial appearance/arraignment.

Attorney Signature:　　　　　　　　　　/s/ Brandi Sasse Russell
Printed Name and Telephone Number:　BRANDI SASSE RUSSELL, 701-530-2420
Dated: October 10, 2025　　　　　　　　Attorney of Record for the United States

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

　　　The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

　　　Dated: October 10, 2025　　　　/s/ Clare R. Hochhalter
　　　　　　　　　　　　　　　　　　Magistrate Judge Clare R. Hochhalter
　　　　　　　　　　　　　　　　　　United States District Court

☐　Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

**RETURN OF SERVICE**

_____  By: _____   _____
Date Executed　　　　　　　　Printed Name　　　　　　　Signature

return unexecuted   10-15-25