IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MALEIQUE TARREN LANCE WALKS,<br><br>        Defendant. | Cr. No. 1:25-CR-224<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL |

Comes now, Maleique Tarren Lance Walks, by and through his attorney, Assistant Federal Public Defender Max A. Rudy, and moves the Court for its Order continuing the trial date of May 12, 2026, for 90 days on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Assistant U.S. Attorney Brandi Russell on behalf of the government, does not object to this motion.

Dated this 16th day of March, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/  Max A. Rudy*
Max A. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500
Facsimile: 701-250-4498
filinguser_SDND@fd.org